DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
THOUNETHEPMITH VONGSENEKEO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:12-cr-00342 AWI-DLB |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING; |
| v. ) | ORDER |
| ) | |
| THOUNETHEPMITH VONGSENEKEO, ) | Date: December 10, 2012 |
| ) | Time: 1:00 p.m. |
| Defendant. ) | Judge: Hon. Dennis L. Beck |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Karen Escobar, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Thounethepmith Vongesenekeo, Steven L. Crawford, Counsel for Defendant Phanetavanh Southammavong, Katherine L. Hart, Counsel for Sam Kounhavong, Daniel L. Harralson, Counsel for Sengphachanh Boungnavong and James R. Homola, Counsel for Symery Saykganya  that the hearing currently set for October 22, 2012 at 1:00 p.m. before Judge Beck, **may be rescheduled to December 10, 2012 at 1:00 p.m.**

The government provided initial discovery on October 16, 2012. The requested continuance is necessary to allow time for plea discussions.  The requested continuance will conserve time and resources for both counsel and the court.

///

///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2   justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and
3   3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the
4   best interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

Dated: October 18, 2012            /s/ Karen A. Escobar
                                   KAREN A. ESCOBAR
                                   Assistant United States Attorney
                                   Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

Dated: October 18, 2012            /s/ Peggy Sasso
                                   PEGGY SASSO
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   Thounethepmith Vongsenekeo

Dated: October 18, 2012            /s/ Steven L. Crawford
                                   STEVEN L. CRAWFORD
                                   Attorney at Law
                                   Attorney for Defendant
                                   Phanetavanh Southammavong

Dated: October 18, 2012            /s/ Katherine L. Hart
                                   KATHERINE L. HART
                                   Attorney at Law
                                   Attorney for Defendant
                                   Sam Kounhavong

Dated: October 18, 2012            /s/ Daniel L. Harrison
                                   DANIEL L. HARRISON
                                   Attorney at Law
                                   Attorney for Defendant
                                   Sengphachanh Boungnavong

Dated: October 18, 2012            /s/ James R. Homola
                                   JAMES R. HOMOLA
                                   Attorney at Law
                                   Attorney for Defendant
                                   Symery Saykganya

**ORDER**

IT IS SO ORDERED.

Dated:   **October 19, 2012**                    /s/ **Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE