IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 12-CR-00342 AWI BAM |
| Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE AND HEARING ON MOTION FOR CONFLICT OF INTEREST INQUIRY** |
| vs. | |
| THOUNETHEPMITH VONGSENEKEO, | |
| Defendant. / | |

The Court has received and reviewed the Government's Motion for Conflict of Interest Inquiry. (Doc. 49.) Defendant shall file a response to the motion no later than January 4, 2013. The Court SETS a hearing on the motion for January 9, 2013 at 1:30 p.m. in Department 8 (BAM).

IT IS SO ORDERED.

Dated:   **December 20, 2012**            **/s/ Barbara A. McAuliffe**
                                                                    UNITED STATES MAGISTRATE JUDGE