

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA </br> Plaintiff, </br> vs. </br> THOUNETHEPMITH VONGSENEKEO, </br> Defendant. | No. 1:12 CR 00342 AWI-BAM </br></br> ORDER RECONVEYING </br> PROPERTY BOND |

As the documents offered in support of the property bond in this matter do not comply with the Court's requirements, IT IS HEREBY ORDERED that the property bond posted, Deed of Trust #2012-0825707, in the amount of $50,000 secured by equity in property owned by Jerry McClintic and Khankaew McClintic for defendant Thounethepmith Vongsenekeo, be reconveyed.

IT IS SO ORDERED.

DATED: May 7, 2013.

_____
GARY S. AUSTIN,
UNITED STATES MAGISTRATE JUDGE