1

**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059

2   1318 K. Street
Bakersfield, CA 93301

3   Tel: (6610326-0857
Fax: (661)326-0936

4   Email: lawtorres@aol.com

5

6                        **IN THE UNITED STATES DISTRICT COURT**

7                        **FOR THE EASTERN DISTRICT of CALIFORNIA**

8

UNITED STATES OF AMERICA,          ) Case No.: Case No.1:12-CR-00342AWI-BAM

9                                   )
                                    )
              Plaintiff,            ) **STIPULATION AND  ORDER TO**

10                                  ) **WITHDRAW MOTION TO COMPEL**
                                    ) **DISCOVERY**

11        vs.                       )
                                    )
THOUNETHEPMITH VONGSENEKEO,         )

12                                  )
                                    )
              Defendant             )

13

14   TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

15   ANTHOBY W. ISHII AND KAREN ESCOBAR, ASSISTANT UNITED STATES

16   ATTORNEY:

17           **COMES NOW** Defendant, THOUNETHEPMITH VONGSENEKEO, by and through

18   his attorney of record, DAVID A. TORRES hereby requesting that the Motion Hearing currently

19   set for Monday, May 13, 2013 be vacated.

20           I have been in communication with AUSA Karen Escobar regarding the Motion to

21   Compel Discovery (*Docket No. 61*), and agree that said motion is unnecessary.  This is a mutual

22   agreement between all myself and all co-counsel.

23   //

24   //

25   //

                              Summary of Pleading - 1

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: May 9, 2013

*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
Thounethepmith Vongsenekeo

DATED: May 9, 2013

*/s/ Katherine Hart*
KATHERINE HART
Attorney for Defendant
SAM KOUNHAVONG

DATED: May 9, 2013

*/s/Daniel Harralson*
DANIEL HARRALSON
Attorney for Defendant
Sengphachanh Boungnavong

DATED: May 9, 2013

*/s/James Homola*
JAMES R. HOMOLA
Attorney for Defendant
Symery Saykganya

DATED: May 9, 2013

*/s/Karen Escobar*
KAREN ESCOBAR
Assistant U.S. Attorney

# ORDER

**IT IS SO ORDERED** that the Motion hearing set for Monday, May 13, 2013 be

**VACATED**, but the Status Conference will remain on Calendar at 10:00 a.m.

IT IS SO ORDERED.

Dated:   May 9, 2013 _____

_____
SENIOR  DISTRICT  JUDGE

Summary of Pleading - 2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25