

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 1:12 CR 00342 AWI-BAM |
| Plaintiff, | |
| vs. | ORDER RECONVEYING |
| THOUNETHEPMITH VONGSENEKEO, | PROPERTY BOND |
| Defendant. | |

IT IS HEREBY ORDERED that the property bond posted, Deed of Trust #2013-0107248, in the amount of $50,000 secured by equity in property owned by Jennifer Vang for defendant Thounethepmith Vongsenekeo, be reconveyed, as said bond was NOT ordered by the Court. The defendant was ordered detained at the Bail Review Hearing of May 6, 2013 (Docs. 67 and 68).

IT IS SO ORDERED.

DATED: September 16, 2013.

GARY S. AUSTIN,
UNITED STATES MAGISTRATE JUDGE